IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

**JENNIFER GLASS as personal representative of MARY ANN WRIGHT**,

 Plaintiff,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,

 Defendant.

---

### DEFENDANT'S NOTICE OF REMOVAL

TO:   PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant State Farm Mutual Automobile Insurance Company, by and through its counsel, Katie B. Johnson and Claire Y. Lee-Hsu, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.   State Farm Mutual Automobile Insurance Company ("State Farm") is the Defendant in the above titled action, originally filed in the District Court, Mesa County, Colorado, Case No. 2025CV030287. On or about July 9, 2025, Plaintiff, Jennifer Glass as Personal Representative of Mary Ann Wright ("Ms. Glass") filed her Complaint for Declaratory Damages and Damages with Jury Demand in Mesa County District Court,

1

Colorado. The Complaint includes a request for Declaratory Judgment and damages against Defendant based on allegations of breach of contract, bad faith breach of contract, and unreasonable delay and/or denial of a claim for underinsured benefits on behalf of the estate of Mary Ann Wright. *See generally* Plaintiff's Complaint for Declaratory Judgment and Damages with Jury Demand, **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states when the amount in controversy exceeds $75,000. 28 U.S.C. §1332(a)(1).

3. The present action is between citizens of different states. Pursuant to 29 U.S. §1332(c)(2), the legal representative of the estate of a decedent shall be deemed to be a citizen only of the same State as the decedent. The Complaint represents that Ms. Wright, deceased, is a citizen of the State of Colorado. *See* **Exhibit A** at **¶1.** Defense counsel has reviewed public information which shows that at the time of her passing, Ms. Wright owned real property located in Colorado since 2009 and she had vehicles registered in Colorado. Defendant State Farm is a citizen of the State of Illinois for purposes of diversity jurisdiction. *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶ 5.

4. The amount in controversy exceeds $75,000. Plaintiff's District Court Civil Cover Sheet shows Plaintiff is seeking more than $100,000.00 in damages. **Exhibit C.**

2

*See also: Paros Properties, LLC v Colorado Cas. Ins. Co.,* 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet.")

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). State Farm has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal. State Farm was served with Plaintiff's Complaint and Jury Demand in this matter on August 5, 2025. *See* **Exhibit D**. Thus, State Farm's Notice of Removal is due September 4, 2025.

**COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

7. Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Mesa. *See* **Exhibit E**. The process, pleadings, and orders are captioned as follows:

**Exhibit A**     Complaint and Jury Demand;

**Exhibit B**     Filing with the Secretary of State for State Farm;

**Exhibit C**     District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third-Party Complaint;

| | |
|---|---|
| **Exhibit D** | Return of Service regarding State Farm; |
| **Exhibit E** | Notice of Intent to Remove; |
| **Exhibit F** | Register of Actions, Mesa County. |

8. State Farm has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9. Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Mesa in Civil Action No. 2025CV030287. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel. The register of actions is attached as **Exhibit F**.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, State Farm Mutual Automobile Insurance Company respectfully requests that this case be removed from the District Court for the County of Mesa, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 26th day of August, 2025.

<u>/s/ Katie B. Johnson</u>
Katie B. Johnson
Claire Y. Lee-Hsu
Sutton | Booker | P.C.
4949 S. Syracuse St., Ste. 500
Denver, Colorado 80237
Telephone: 303-730-6204
Facsimile: 303-730-6208
E-Mail: kjohnson@suttonbooker.com

clee-hsu@suttonbooker.com
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2025, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system and will send electronic notification of such filing to the following:

J. Keith Killian
Benjamin B. Hoyer
Killian, Davis & Richter, PC
202 North Seventh Street
Post Office Box 4859
Grand Junction, Colorado 81502
*Attorneys for Plaintiff*

*/s/  Ginger K. Bryant*
*A duly signed original is on file at Sutton | Booker | P.C.*

5